**KETCHIKAN RETAIL LIQUOR DEAL-
ERS ASSOCIATIONS, Herb Chambers
and William Marks, Appellants,**

v.

**STATE of Alaska, ALCOHOLIC BEVER-
AGE CONTROL BOARD, Appellee.**

**No. 3697.**

Supreme Court of Alaska.

May 6, 1980.

Before RABINOWITZ, C. J., and CON-
NOR, BOOCHEVER and BURKE, JJ.

### ORDER

On consideration of the petition for
rehearing filed November 19, 1979, and the
response to the petition filed March 26,
1980,

IT IS ORDERED:

The petition for rehearing is granted for
the limited purpose of amending opinion
1963 filed November 9, 1979 (602 P.2d 434).
On page 439, footnote 15, in the first line of
the second paragraph, the words "with dis-
approval" are stricken.

In all other respects, the petition for
rehearing is denied.

RABINOWITZ, C. J., dissents, and would
grant the petition for rehearing in its en-
tirety.

MATTHEWS, J., not participating.